IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40895
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

VENUSTIANO GILBERT-ALVAREZ,

                                              Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. C-01-CR-45-1
--------------------
November 13, 2002

Before GARWOOD, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Venustiano Gilbert-Alvarez appeals his conviction for
possession with the intent to distribute more than 1,000
kilograms of marijuana.  Gilbert-Alvarez's sole contention is
that the evidence was insufficient to establish that he knew that
marijuana was hidden in his tractor-trailer.  We have reviewed
the record and the briefs of the parties and hold that the
evidence was sufficient for a rational jury to find Gilbert-
Alvarez guilty beyond a reasonable doubt.  See United States v.
Gourley, 168 F.3d 165, 168-69 (5th Cir. 1999).

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.